# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| M.A. EDWARDS, | : | Civil Action No. 3:11-cv-01537 (SRU) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER ARNONE, et al., | : | |
|    Defendants. | : | September 21, 2021 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants, through counsel, and by stipulation do hereby agree to dismissal of the above-referenced case, with prejudice. Each party shall pay its own costs and fees.

The Plaintiff

By:

         /s/
Christopher M. Licari, Esq.
ct11654
Licari, Walsh & Sklaver, LLC
322 East Main St., Ste. 2B
Branford, CT  06405
Tel. 203-752-1450
Fax 203-752-1401
clicari@licariwalsh.com

The Defendants

By:

WILLIAM TONG
ATTORNEY GENERAL

         /s/
Steven M. Barry
Ct07825
Assistant Attorney General
Office of the Attorney General
110 Sherman St.
Hartford, CT  06105
Tel. 860-808-5450
Fax 860-808-5591
Steven.Barry@ct.gov

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of September, 2021 the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. As to any party who does not receive notice by electronic filing, a copy will be mailed by first class mail, postage prepaid.

A copy was mailed by First Class U.S. Mail, postage prepaid, to

Michael Edwards
Inmate #163867
MacDougall Correctional Institute
1153 East Street South
Suffield, CT 06078

                                                  _____/s/_____
                                                  Christopher M. Licari
                                                  ct11654